Michael N. Wolgin (FL Bar No. 42962)
CARLTON FIELDS, P.A.
Miami Tower, Suite 4200
100 S.E. Second Street
Miami, Florida 33131
mwolgin@carltonfields.com
Telephone: (305) 530-0050

[*Other Counsel of Record Listed Below*]

*Attorneys for Defendant*
*Arch Insurance Group, Inc.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fred Heidarpour and Sidney Naiman, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Arch Insurance Group, Inc. and Affinity Insurance Services, Inc. d/b/a Aon Affinity,<br><br>Defendants. | Case No. CV-20-968-PHX-MTL<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO THE COMPLAINT**<br>**(First Request)** |

Pursuant to Federal Rule of Civil Procedure 6(b) and LRCiv 7.3 of this Court, the undersigned counsel for Defendant Arch Insurance Group, Inc. ("Arch"), hereby moves this Court for an extension of time of 30 days until Friday, July 17, 2020, for the Defendants to file a response to the Complaint in this action. Plaintiffs do not oppose this motion. In support of this motion, Arch states the following:

1. On May 18, 2020, Plaintiffs filed their Class Action Complaint [Document No. 1] (the "Complaint") against Arch and Affinity Insurance Services, Inc. (collectively,

1  "Defendants"). Defendants' response to the Complaint is currently due on or before Wednesday, June 17, 2020.

2. Undersigned counsel was recently retained as defense counsel in this action and requires adequate time to investigate the facts, analyze the claims and allegations, and prepare an appropriate response to the Complaint. Undersigned counsel believes that an additional 30 days from the current deadline will be sufficient to complete the legal work necessary to prepare a response to the Complaint in this case.

3. The request for an additional thirty days to respond to the Complaint in this putative class action is reasonable, is made in good faith, is not interposed for delay or any other improper purpose, and will not prejudice any party.

4. This is the first request for an extension of time for the Defendants to respond to the Complaint in this matter.

5. Counsel for Defendant Arch has conferred with counsel for Plaintiffs, who has advised that Plaintiffs do not oppose the relief sought in this motion.

6. A proposed order is attached as Exhibit A to this Motion.

WHEREFORE, the undersigned respectfully moves this Court for an order granting an extension of time until <u>July 17, 2020</u>, for Defendants to respond to the Complaint.

Dated this 15th day of June, 2020.

/s/ Michael N. Wolgin

Julianna Thomas McCabe
FL Bar No. 355010
Michael N. Wolgin
FL Bar No. 42962
CARLTON FIELDS, P.A.
Miami Tower, Suite 4200
100 S.E. Second Street
Miami, Florida 33131

|   |   |
|---|---|
| 1 | jtmccabe@carltonfields.com |
| 2 | mwolgin@carltonfields.com |
|   | Telephone:  (305) 530-0050 |

Markham R. Leventhal
DC Bar No. 489597
CARLTON FIELDS, P.A.
Suite 400 West
1025 Thomas Jefferson Street, NW
Washington, DC 20007
mleventhal@carltonfields.com
Telephone:  (202) 965-8189

Katelyn M. Sandoval
NY Bar No. 5580758
CARLTON FIELDS, P.A.
405 Lexington Avenue, 36th Floor
New York, New York 10174
ksandoval@carltonfields.com
Telephone: (212) 380-9630

*Attorneys for Defendant*
*Arch Insurance Group, Inc.*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of June, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on the following counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF:

| | |
|---|---|
| Penny L. Koepke, Esq.<br>Maxwell & Morgan, P.C.<br>4854 E. Baseline Rd., Suite, 104<br>Mesa, Arizona 85206<br>Telephone: (480) 833-1001<br>pkoepke@hoalaw.biz<br><br>*Counsel for Plaintiff* | Patrick H. Peluso, Esq.<br>Taylor T. Smith, Esq.<br>Woodrow & Peluso, LLC<br>3900 East Mexico Ave., Suite 300<br>Denver, Colorado 80210<br>Telephone:  (720) 213-0675<br>Facsimile:  (303) 927-0809<br>ppeluso@woodrowpeluso.com<br>tsmith@woodrowpeluso.com<br><br>*Counsel for Plaintiff* |

/s/  Michael N. Wolgin

4