| | |
|---|---|
| Name | Markham R. Leventhal |
| Bar # | DC Bar No. 489597 |
| Firm | CARLTON FIELDS, P.A. |
| Address | 1025 Thomas Jefferson St, NW |
| | Suite 400 West |
| | Washington, DC 20007 |
| Telephone | 202-965-8189 |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Fred Heidarpour and Sidney Naiman, individually and on behalf of all others similarly situated,

    Plaintiff,

vs.

Arch Insurance Group, Inc. and Affinity Insurance Services, Inc. d/b/a Aon Affinity,

    Defendant.

**Case No.** CV-20-968-PHX-MTL

**Corporate Disclosure Statement**

This Corporate Disclosure Statement is filed on behalf of Defendant Arch Insurance Group Inc. in compliance with the provisions of: *(check one)*

    [✓] Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

    [ ] Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

    [ ] Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

☐ No such corporation.

☑ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. *(Attach additional pages if needed.)*

Arch Capital Group (U.S.), Inc._____ Relationship Parent of Defendant Arch Insurance Group Inc.

☑ Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)*

Arch Capital Group Ltd._____ Relationship Ultimate parent of Defendant

☐ Other(please explain)
_____
_____

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Dated this  17th  day of  June , 2020 .

Markham R. Leventhal
_____
Counsel of Record

Certificate of Service:

I HEREBY CERTIFY that on this 17th day of June, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on the following counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF:

Penny L. Koepke, Esq.
Maxwell & Morgan, P.C.
4854 E. Baseline Rd., Suite, 104
Mesa, Arizona 85206
Telephone: (480) 833-1001
pkoepke@hoalaw.biz

Patrick H. Peluso, Esq.
Taylor T. Smith, Esq.
Woodrow & Peluso, LLC
3900 East Mexico Ave., Suite 300
Denver, Colorado 80210
Telephone:  (720) 213-0675
Facsimile:  (303) 927-0809
ppeluso@woodrowpeluso.com
tsmith@woodrowpeluso.com