Markham R. Leventhal (DC Bar No. 489597)
CARLTON FIELDS, P.A.
Suite 400 West
1025 Thomas Jefferson Street, NW
Washington, DC 20007
mleventhal@carltonfields.com
Telephone: (202) 965-8189

[*Other Counsel of Record Listed Below*]

*Attorneys for Defendants*
*Arch Insurance Group, Inc. and*
*Affinity Insurance Services, Inc.*
*d/b/a Aon Affinity*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fred Heidarpour and Sidney Naiman, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> Arch Insurance Group, Inc. and Affinity Insurance Services, Inc. d/b/a Aon Affinity, <br><br> Defendants. | Case No. CV-20-968-PHX-MTL <br><br> **JOINT STIPULATION REGARDING AMENDING AND RESPONDING TO THE COMPLAINT** |

Plaintiffs Fred Heidarpour and Sidney Naiman ("Plaintiffs") and Defendants Arch Insurance Group, Inc. ("Arch Group") and Affinity Insurance Services, Inc. d/b/a Aon Affinity ("Aon Affinity") (together, "Defendants") hereby jointly stipulate and request the Court's approval as follows:

WHEREAS, pursuant to this Court's prior Order (ECF No. 7), the Defendants' response to the Class Action Complaint (ECF No. 1) (the "Complaint") is currently due on July 17, 2020; and

WHEREAS, pursuant to Local Rule 12.1, counsel for the parties have discussed Defendants' intent to file a motion to dismiss Arch Group from the Complaint as currently pled; and

WHEREAS, the parties have agreed that the issues to be raised in a motion to dismiss are curable, and Plaintiffs have agreed to cure those issues by filing an Amended Complaint that will substitute Arch Insurance Company in place of Arch Group as a Defendant in this action; and

WHEREAS, Defendants have agreed that the filing of an Amended Complaint curing the issues relating to the correct party Defendant will enable Defendants to file an answer to the Amended Complaint in lieu of a motion to dismiss; and

WHEREAS, the procedure contemplated by this joint stipulation will eliminate motion practice, thereby conserving the time and resources of the Court and the parties.

NOW, THEREFORE, the Plaintiffs and Defendants hereby jointly stipulate and agree, and request the Court's approval of the following schedule:

1.  Plaintiffs shall have until July 20, 2020 to file an amended complaint.

2.  Defendants shall have fourteen days until August 3, 2020 to file their answers to the amended complaint.

Dated this 16th day of July, 2020.

Respectfully submitted,

| | |
|---|---|
| /s/ Patrick H. Peluso<br>Patrick H. Peluso, Esq.<br>Taylor T. Smith, Esq.<br>Woodrow & Peluso, LLC<br>3900 East Mexico Ave., Suite 300<br>Denver, Colorado 80210<br>Telephone:  (720) 213-0675<br>Facsimile:  (303) 927-0809<br>ppeluso@woodrowpeluso.com<br>tsmith@woodrowpeluso.com<br><br>Penny L. Koepke<br>pkoepke@hoalaw.biz<br>Maxwell & Morgan, P.C.<br>4854 E. Baseline Road, Suite 104<br>Mesa, Arizona 85206<br>Telephone: (480) 833-1001<br><br>*Counsel for Plaintiffs* | /s/ Markham R. Leventhal<br>Markham R. Leventhal<br>DC Bar No. 489597<br>CARLTON FIELDS, P.A.<br>Suite 400 West<br>1025 Thomas Jefferson Street, NW<br>Washington, DC 20007<br>mleventhal@carltonfields.com<br>Telephone:  (202) 965-8189<br><br>Julianna Thomas McCabe<br>FL Bar No. 355010<br>Michael N. Wolgin<br>FL Bar No. 42962<br>CARLTON FIELDS, P.A.<br>Miami Tower, Suite 4200<br>100 S.E. Second Street<br>Miami, Florida 33131<br>jtmccabe@carltonfields.com<br>mwolgin@carltonfields.com<br>Telephone:  (305) 530-0050<br><br>Katelyn M. Sandoval<br>NY Bar No. 5580758<br>CARLTON FIELDS, P.A.<br>405 Lexington Avenue, 36th Floor<br>New York, New York 10174<br>ksandoval@carltonfields.com<br>Telephone: (212) 380-9630<br><br>*Counsel for Defendants Arch Insurance Group, Inc. and Affinity Insurance Services, Inc. d/b/a Aon Affinity* |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 16th day of July, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on the following counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF:

| | |
|---|---|
| Penny L. Koepke, Esq.<br>Maxwell & Morgan, P.C.<br>4854 E. Baseline Rd., Suite, 104<br>Mesa, Arizona 85206<br>Telephone: (480) 833-1001<br>pkoepke@hoalaw.biz<br><br>*Counsel for Plaintiffs* | Patrick H. Peluso, Esq.<br>Taylor T. Smith, Esq.<br>Woodrow & Peluso, LLC<br>3900 East Mexico Ave., Suite 300<br>Denver, Colorado 80210<br>Telephone:  (720) 213-0675<br>Facsimile:  (303) 927-0809<br>ppeluso@woodrowpeluso.com<br>tsmith@woodrowpeluso.com<br><br>*Counsel for Plaintiffs* |

/s/ Markham R. Leventhal