Michael N. Wolgin (FL Bar No. 42962)
CARLTON FIELDS, P.A.
Miami Tower, Suite 4200
100 S.E. Second Street
Miami, FL 33131
mwolgin@carltonfields.com
Telephone: (305) 530-0050

[*Other Counsel of Record Listed Below*]

*Attorneys for Defendants Arch Insurance Company and Affinity Insurance Services, Inc. d/b/a Aon Affinity*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fred Heidarpour and Sidney Naiman, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Arch Insurance Company and Affinity Insurance Services, Inc. d/b/a Aon Affinity,<br><br>Defendants. | Case No. CV-20-968-PHX-MTL<br><br>**JOINT STIPULATION FOR ENTRY OF PROTECTIVE ORDER** |

Plaintiffs Fred Heidarpour and Sidney Naiman ("Plaintiffs"), and Defendants Arch Insurance Company and Affinity Insurance Services, Inc. d/b/a Aon Affinity ("Defendants") (together, the "Parties"), by and through their respective counsel of record, in order to facilitate the exchange of discovery, including information and documents that may be subject to confidentiality limitations on disclosure, hereby jointly stipulate and request the Court's entry of the proposed Joint Stipulated Protective Order, attached hereto as Exhibit 1.

|   |   |
|---|---|
| | Dated this 2nd day of October, 2020. |
| | Respectfully submitted, |
| /s/ Taylor T. Smith | /s/ Michael N. Wolgin |
| Patrick H. Peluso, Esq. | Julianna Thomas McCabe |
| Taylor T. Smith, Esq. | FL Bar No. 355010 |
| Woodrow & Peluso, LLC | Michael N. Wolgin |
| 3900 East Mexico Ave., Suite 300 | FL Bar No. 42962 |
| Denver, Colorado 80210 | CARLTON FIELDS, P.A. |
| Telephone: (720) 213-0675 | Miami Tower, Suite 4200 |
| Facsimile: (303) 927-0809 | 100 S.E. Second Street |
| ppeluso@woodrowpeluso.com | Miami, Florida 33131 |
| tsmith@woodrowpeluso.com | jtmccabe@carltonfields.com |
| | mwolgin@carltonfields.com |
| Penny L. Koepke | Telephone: (305) 530-0050 |
| pkoepke@hoalaw.biz | |
| Maxwell & Morgan, P.C. | Markham R. Leventhal |
| 4854 E. Baseline Road, Suite 104 | DC Bar No. 489597 |
| Mesa, Arizona 85206 | CARLTON FIELDS, P.A. |
| Telephone: (480) 833-1001 | Suite 400 West |
| | 1025 Thomas Jefferson Street, NW |
| *Counsel for Plaintiffs* | Washington, DC 20007 |
| | mleventhal@carltonfields.com |
| | Telephone: (202) 965-8189 |
| | |
| | Katelyn M. Sandoval |
| | NY Bar No. 5580758 |
| | CARLTON FIELDS, P.A. |
| | 405 Lexington Avenue, 36th Floor |
| | New York, New York 10174 |
| | ksandoval@carltonfields.com |
| | Telephone: (212) 380-9630 |
| | |
| | *Counsel for Defendants Arch Insurance Company and Affinity Insurance Services, Inc. d/b/a Aon Affinity* |

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of October, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on the following counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF:

| | |
|---|---|
| Penny L. Koepke, Esq.<br>Maxwell & Morgan, P.C.<br>4854 E. Baseline Rd., Suite, 104<br>Mesa, Arizona 85206<br>Telephone: (480) 833-1001<br>pkoepke@hoalaw.biz<br><br>*Counsel for Plaintiffs* | Patrick H. Peluso, Esq.<br>Taylor T. Smith, Esq.<br>Woodrow & Peluso, LLC<br>3900 East Mexico Ave., Suite 300<br>Denver, Colorado 80210<br>Telephone:  (720) 213-0675<br>Facsimile:  (303) 927-0809<br>ppeluso@woodrowpeluso.com<br>tsmith@woodrowpeluso.com<br><br>*Counsel for Plaintiffs* |

/s/    Michael N. Wolgin

3