Penny L. Koepke
pkoepke@hoalaw.biz
Maxwell & Morgan, P.C.
4854 E. Baseline Road, Suite 104
Mesa, Arizona 85206
Tel: 480-833-1001

[Additional counsel appearing on signature page]

*Attorneys for Plaintiffs and the alleged Class*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fred Heidarpour and Sidney Naiman, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Arch Insurance Company and Affinity Insurance Services, Inc. d/b/a Aon Affinity, a Pennsylvania corporation,<br><br>Defendant. | Case No. 2:20-cv-00968-MTL<br><br>**NOTICE OF SERVICE** |

Plaintiffs Fred Heidarpour ("Heidarpour") and Sidney Naiman ("Naiman") (collectively "Plaintiffs") hereby certify that on November 12, 2020, Plaintiffs, through counsel, served the following discovery requests on Defendants.

- Plaintiffs' First Set of Requests for Production to Defendant Arch Insurance Company;
- Plaintiffs' First Set of Interrogatories to Defendant Arch Insurance Company;
- Plaintiffs' First Set of Requests for Production to Defendant Affinity Insurance Services, Inc.;
- Plaintiffs' First Set of Interrogatories to Defendant Affinity Insurance Services, Inc.

The discovery requests were transmitted to all counsel of record via electronic mail

|   |   |
|---|---|
|   | Respectfully Submitted, |
|   | **FRED HEIDARPOUR** and **SIDNEY NAIMAN**, individually and on behalf of all others similarly situated, |
| Dated: November 12, 2020 | By:  /s/ *Taylor T. Smith* |
|   | One of Plaintiffs' Attorneys |

Penny L Koepke
pkoepke@hoalaw.biz
Maxwell & Morgan, P.C.
4854 E. Baseline Road, Suite 104
Mesa, Arizona 85206
Tel: 480-833-1001
Fax: 480-969-8267

Patrick H. Peluso (*pro hac vice*)
ppeluso@woodrowpeluso.com
Taylor T. Smith (*pro hac vice*)
tsmith@woodrowpeluso.com
Woodrow & Peluso, LLC
3900 East Mexico Ave., Suite 300
Denver, Colorado 80210
Telephone: (720) 213-0675
Facsimile: (303) 927-0809

*Attorneys for Plaintiffs and the Class*

2