Penny L. Koepke
pkoepke@hoalaw.biz
Maxwell & Morgan, P.C.
4854 E. Baseline Road, Suite 104
Mesa, Arizona 85206
Tel: 480-833-1001
Fax: 480-969-8267

[Additional counsel appearing on signature page]

*Attorneys for Plaintiffs and the alleged Class*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fred Heidarpour and Sidney Naiman, individually and on behalf of all others similarly situated,<br><br>     Plaintiffs,<br><br>v.<br><br>Arch Insurance Company and Affinity Insurance Services, Inc. d/b/a Aon Affinity,<br><br>     Defendants. | Case No. 2:20-cv-00968-MTL<br><br>**STIPULATION FOR EXTENSION OF REMAINING UNEXPIRED PRE-TRIAL SCHEDULING ORDER DEADLINES**<br>**(First Request)** |

Plaintiffs Fred Heidarpour and Sidney Naiman (collectively the "Plaintiffs"), together with Defendants Arch Insurance Company ("Arch") and Affinity Insurance Services, Inc. d/b/a Aon Affinity ("Aon Affinity") (collectively the "Defendants", and together with the Plaintiffs, the "Parties") hereby jointly stipulate as follows:

1.     Plaintiffs filed the Complaint on May 18, 2020 (dkt. 1), which was later amended on July 20, 2020 (dkt. 18).  On August 3, 2020, Defendants filed their respective Answers and Affirmative Defenses. (Dkt. 19, 20.)

2.     On September 3, 2020, this Court issued the current Scheduling Order. (Dkt. 25.)  The Scheduling Order included the following pre-trial deadlines which have not yet expired:

- Complete Fact Discovery: April 16, 2021;
- Plaintiffs' Expert Disclosures Due: April 23, 2021;
- Defendants' Expert Disclosures Due: May 7, 2021;
- Rebuttal Expert Disclosures Due: May 21, 2021;
- Complete Expert Discovery: June 18, 2021;
- Engage in Good Faith Settlement Discussions: June 18, 2021;
- Plaintiffs to File Motion for Class Certification: June 25, 2021;
- Defendants to File Opposition to Class Certification: August 9, 2021;
- Plaintiffs to File Reply in support of Motion for Class Certification: August 30, 2021.

(Dkt. 25.)

3.      Plaintiffs served their Rule 26(a) initial disclosures on August 31, 2020, and Defendants served their initial disclosures on September 10, 2020.

4.      The Parties are presently engaged in discovery.  On November 12, 2020, Plaintiffs served their first set of discovery requests, including interrogatories and requests for production seeking documents, data, and other information related to Plaintiffs' putative class allegations, relating to both Defendants (the "Discovery Requests").

5.      On December 9, 2020, due to holiday schedules, limited time to consult with their clients and collect the information necessary to complete responses to Plaintiffs' Discovery Requests, and continued strain on Defendants' travel insurance operations caused by COVID, counsel for Defendants contacted Plaintiffs' counsel requesting an additional thirty (30) days, until January 13, 2020, to respond to Plaintiffs' Discovery Requests.

6.      In order to allow sufficient time for pretrial planning and discovery in this action, Plaintiffs requested, and the Parties are in mutual agreement that a ninety (90) day extension of the remaining deadlines is necessary to provide sufficient time for the

Parties to complete the exchange of discovery, address and resolve any potential discovery disputes, and coordinate and take depositions.

7.      Trial has not yet been set in this action.  The requested extension of the remaining pre-trial deadlines is sought in good faith and is not interposed for delay or any other improper purpose.

NOW, THEREFORE, the Parties hereby jointly stipulate and agree, and request the Court's approval of the following schedule:

- Complete Fact Discovery: July 15, 2021;
- Plaintiffs' Expert Disclosures Due: July 22, 2021;
- Defendants' Expert Disclosures Due: August 5, 2021;
- Rebuttal Expert Disclosures Due: August 19, 2021;
- Complete Expert Discovery: September 16, 2021;
- Engage in Good Faith Settlement Discussions: September 16, 2021;
- Plaintiffs to File Motion for Class Certification: September 23, 2021;
- Defendants to File Opposition to Class Certification: November 8, 2021; and
- Plaintiffs to File Reply in support of Motion for Class Certification: November 29, 2021.

Dated this 17th day of December, 2020.

Respectfully submitted,

 /s/ Taylor T. Smith
Steven L. Woodrow, Esq.
Patrick H. Peluso, Esq.
Taylor T. Smith, Esq.
Woodrow & Peluso, LLC
3900 East Mexico Ave., Suite 300
Denver, Colorado 80210
Telephone: (720) 213-0675
Facsimile: (303) 927-0809
swoodrow@woodrowpeluso.com
ppeluso@woodrowpeluso.com

 /s/ Michael N. Wolgin
Markham R. Leventhal
DC Bar No. 489597
CARLTON FIELDS, P.A.
Suite 400 West
1025 Thomas Jefferson Street, NW
Washington, DC 20007
mleventhal@carltonfields.com
Telephone:  (202) 965-8189

Julianna Thomas McCabe

3

tsmith@woodrowpeluso.com

Penny L. Koepke
pkoepke@hoalaw.biz
Maxwell & Morgan, P.C.
4854 E. Baseline Road, Suite 104
Mesa, Arizona 85206
Telephone: (480) 833-1001

*Counsel for Plaintiffs*

FL Bar No. 355010
Michael N. Wolgin
FL Bar No. 42962
CARLTON FIELDS, P.A.
Miami Tower, Suite 4200
100 S.E. Second Street
Miami, Florida 33131
jtmccabe@carltonfields.com
mwolgin@carltonfields.com
Telephone:  (305) 530-0050

Katelyn M. Sandoval
NY Bar No. 5580758
CARLTON FIELDS, P.A.
405 Lexington Avenue, 36th Floor
New York, New York 10174
ksandoval@carltonfields.com
Telephone: (212) 380-9630

*Counsel for Defendants*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## <u>CERTIFICATE OF SERVICE</u>

I, Taylor T. Smith, an attorney, hereby certify that I served the foregoing papers by causing true and accurate copies of such papers to be transmitted to all counsel of record through the Court's electronic filing system on December 17, 2020.

<u>/s/ Taylor T. Smith</u>