# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fred Heidarpour, et al., <br> Plaintiffs, <br> v. <br> Arch Insurance Group Incorporated, et al., <br> Defendants. | No. CV-20-00968-PHX-MTL <br> **AMENDED ORDER** |

Pursuant to Plaintiffs Fred Heidarpour and Sidney Naiman and Defendants Affinity Insurance Services Inc. and Arch Insurance Company's Stipulation of Dismissal with Prejudice (Doc. 54), and good cause appearing,

**IT IS ORDERED** granting the Stipulation of Dismissal with Prejudice (Doc. 32) and dismissing this action, with prejudice, in its entirety, and with each party to bear its own costs and attorneys' fees.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall close this case.

Dated this 14th day of June, 2021.

Michael T. Liburdi
United States District Judge